(76 South. 997)

Ex parte SMITH. (2 Div. 649.) (Supreme Court of Alabama. June 14, 1917.) Certiorari to Court of Appeals. Craig & Craig, of Selma,

for appellant. Wm. L. Martin, Atty. Gen., for appellee.

McCLELLAN, J. Application by R. C. Smith for certiorari to the Court of Appeals to review and revise the judgment of said court, affirming the judgment of the lower court in the case of R. C. Smith v. State, 75 South. 192. Writ denied.